# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH T. MCCANN,
                    Appellant,
vs.
JENNIFER J. MCCANN,
                    Respondent.

No. 72863

**FILED**

MAY 2 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the settlement conference, the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Vincent Ochoa, District Judge
    Robert E. Gaston, Settlement Judge
    Caruso Law Offices
    The Law Offices of Patrick Driscoll, LLC
    Eighth District Court Clerk